IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| JEREMIAH M. PETERS,<br><br>Plaintiff,<br><br>vs.<br><br>TETON SHERIFF'S OFFICE, ET AL.,<br><br>Defendants. | CV 25-33-GF-BMM<br><br>ORDER |

     Plaintiff Jeremiah M. Peters lodged a Complaint with the Court and filed a motion for leave to proceed in forma pauperis. (Docs. 1 and 2.) Peters failed to file his account statement with his motion. The Clerk of Court notified him of this requirement, and of the requirement that he update the Clerk with any change of address. (Doc. 3.) This mail was returned undeliverable. (Doc. 4.) The Clerk forwarded the documents to the address available on the Department of Corrections website. The Court has had no response from Peters. The case cannot proceed without the ability to communicate with Peters.

     Accordingly, the above-referenced matter is DISMISSED, without

prejudice. The Clerk of Court is directed to close the case. All pending motions are DENIED as moot.

DATED this 28th day of May, 2025.

Brian Morris, Chief District Judge
United States District Courts